UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 10-15 (JNE/JJK)

_____

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TYVARUS LEE LINDSEY (01), | ) | |
| RASHAD RALEIGH (02), | ) | |
| | ) | |
| Defendants. | ) | |

_____

This matter is before the Court upon the defendants' motion (Docket No. 214) to exclude the period of time from the date of this order through Defendants' trial date from the Speedy Trial Act computations in this case. The Government has responded and has no objection. Pursuant to 18 U.S.C. §3161 (h)(7)(A), the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendants in a speedy trial. This finding is based on the facts set forth in the defendants' Statements of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Accordingly, IT IS HEREBY ORDERED that the period from the date of this order through Defendants' trial date shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED that the trial scheduled for Monday, February 14, 2011 is continued and will now commence on Monday, May 9, 2011 at 9:30 a.m., in Courtroom 12W, Minneapolis, Minnesota.

IT IS FINALLY ORDERED that Magistrate Judge Keyes' order dated December 16, 2010 [Docket No. 209] is modified.  The Government shall disclose the Rule 16 evidence identified in its written statement accompanying the motion no later than 60 days prior to trial.


Dated: January 13, 2011

                                            s/ Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Court Judge